## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., | § § § § § § § § § § § | |
| | | Case No. 2:16-CV-00095-RWS-RSP |
| *Plaintiff,* | | |
| | | (Lead Case) |
| v. | | |
| EXPEDIA, INC, et al., | | |
| *Defendants*. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are the Objections filed by Plaintiff Global Equity Management (Dkt. No. 225) to Magistrate Judge Payne's Report and Recommendation (Dkt. No. 223), which recommends that this case be dismissed without prejudice because of Plaintiff's failure to timely serve Defendant Trivago GmbH. Dkt. No. 223 at 1. In its Objections, Plaintiff argues that it has diligently pursued service of Trivago GmbH, that all documents necessary for service are in a diplomatic pouch in Germany awaiting delivery to Trivago GmbH and that, consequently, good cause exists to grant an enlargement of time for service until May, 2017. Docket No. 225 at 2–3. Judge Payne rejected the same arguments, which Plaintiff made in its Verified Third Motion for Enlargement of Time to Serve Defendant (Dkt No. 221). The Court agrees with Judge Payne that Plaintiff's objections are without sufficient merit to justify the extreme delay in serving Trivago GmbH. Accordingly, Magistrate Judge Payne's Recommendation is **ADOPTED**. The Complaint against Trivago GmbH is **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 27th day of December, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE