IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY LTD., <br><br>    Plaintiff, <br>    v. <br><br> EXPEDIA, INC. et al., <br><br>    Defendants. | Civil Action No. 2:16-cv-00095-RWS-RSP (Consolidated Lead Case) |
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., <br><br>    Plaintiff, <br>    v. <br> AIRBNB, INC. <br><br>    Defendant. | Civil Action No. 2:15-cv-01700-RWS-RSP (Consolidated Case) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration the Joint Motion for Dismissal Without Prejudice filed by Plaintiff Global Equity Management (SA) Pty Ltd. ("GEMSA") and Defendant Airbnb, Inc. ("Airbnb"). The Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED that all claims asserted in this action GEMSA are hereby dismissed WITHOUT PREJUDICE, and all corresponding defenses and counterclaims asserted by Airbnb are hereby dismissed as MOOT.

It is further ORDERED that Airbnb shall not, directly or indirectly seek reexamination and/or *inter partes* review of U.S. Patent Nos. U.S. Patent Nos. 6,690,400 or 7,356,677 (the "GEMSA patents") unless and until GEMSA files any future action against Airbnb for infringement of the GEMSA patents.

It is further ORDERED that the parties shall retain all rights to seek their respective expenses, costs, and attorneys' fees.

**SIGNED this 22nd day of October, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE